UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD, | No. 2:14-mc-0098 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CHRISTINE CARRINGER, et al., | |
| Defendants. | |

Plaintiff's lodged complaint is subject to the pre-filing review order in case number 2:13-cv-1018-GEB-AC, ECF No. 5. Paragraph 4(c) of the pre-filing review order provides that plaintiff is not permitted to proceed in forma pauperis in any action filed in this court unless nonfrivolous allegations of a verified complaint show that he is under imminent danger of serious physical injury or unlawfully restrained in violation of his liberty. See 2:13-cv-1018 GEB AC, ECF Nos. 3, 5. After reviewing the complaint, the court concludes that plaintiff's filing does not meet the requirements of paragraph 4(c) of the pre-filing review order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint shall not be filed;

2. The Clerk shall retain a copy of the complaint only, exclusive of any exhibits; and

////

////

1

1    3. The Clerk shall return the documents to plaintiff.

Dated: July 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 todd.vex